■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ESMILTA FERNANDEZ, Appellant. [2 NYS3d 344]—

Judgment, Supreme Court, Bronx County (Richard Lee Price, J.), rendered May 24, 2012, convicting defendant, after a nonjury trial, of attempted petit larceny and attempted criminal possession of stolen property in the fifth degree, and sentencing her to a conditional discharge, unanimously affirmed.

The verdict was based on legally sufficient evidence and was not against the weight of the evidence (*see People v Danielson*, 9 NY3d 342, 348-349 [2007]). There is no basis for disturbing the court's credibility determinations. The evidence, viewed as a whole, supports an inference that, after finding the victim's wallet, defendant removed money from the wallet before returning it to the victim. Concur—Acosta, J.P., Andrias, Saxe, DeGrasse and Richter, JJ.